I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-14-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RUSSELL DUMAS, <br><br> Petitioner, <br><br> vs. <br><br> MATTHEW CATE, Warden, <br><br> Respondent. | Case No. CV 12-6820-SJO (RNB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/10/13

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

[Stamp: CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY, MAY 14 2013, ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT]